1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                              AT TACOMA

10    UNITED STATES OF AMERICA,

11                   Plaintiff,                    CASE NO. CR09-5825RBL

                                                   INITIAL ORDER RE:
12         v.                                      ALLEGATIONS OF VIOLATION OF
                                                   CONDITIONS OF SUPERVISION
13    TIMOTHY JAMES LEVENS,

14                   Defendant.

15

16         THIS MATTER comes on for an initial hearing on the Petition of the United States

17   Probation Office alleging that the defendant has violated the conditions of supervision.

18         The plaintiff appears through Assistant United States Attorney, Greg Gruber.

19         The defendant appears personally and represented by counsel, Linda Sullivan.

20         The U.S. Probation Office has filed a petition alleging violations of the terms and
     conditions of supervision, and the defendant has been advised of the allegation(s).

21
           The court finds probable cause with regard to the allegation(s) and schedules a
22         hearing on the petition to be held at the time and date below set forth before Judge
           Ronald B. Leighton:

23         *Date of hearing: September 9, 2012*

24         *Time of hearing: 9:00am*

INITIAL ORDER RE: ALLEGATIONS OF
VIOLATION OF CONDITIONS OF
SUPERVISION - 1

1    IT IS ORDERED that the defendant

2    __ Be released on an appearance bond, subject to the terms and conditions set
     forth thereon.

3

4    X Be detained for failing to show that he/she will not flee or pose a danger to any
     other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be
     delivered as ordered by the court for further proceedings.

5

     The clerks shall direct copies of this order to counsel for the United States, to counsel for

6

     the defendant, the United States Marshal and to the United States Probation Office and/or

7

     Pretrial Services Office.

8

     Dated this 30 day of August, 2012.

9

10

                                                Karen L. Strombom
11                                              United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

INITIAL ORDER RE: ALLEGATIONS OF
VIOLATION OF CONDITIONS OF
SUPERVISION - 2